**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re: Case No.:

Foster, Joannie Lynn Chapter: 7

**Debtor(s)**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

☑ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. ______________________________)

❑ Copies of all payment advices are not attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

❑ Copies of all payment advices are not attached because the debtor:

- ❑ receives disability payments
- ❑ is unemployed and does not receive unemployment compensation
- ❑ receives Social Security payments
- ❑ receives a pension
- ❑ does not work outside the home
- ❑ is self employed and does not receive payment advices

❑ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received Explain: ______________________________

***NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).***

**/s/ Joannie Lynn Foster**
Signature of Attorney or Debtor

Date: **08/14/2026**

2055 E Sahara Ave
Las Vegas, NV 89104

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| May 29, 2026 | 15370 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC Bank | C | ***8835 | 2,914.81 |
| **Total Direct Deposits** | | | **2,914.81** |

[redacted]

**Joannie Foster**
12385 SW 30th Street
#409
Miramar, FL 33025

[redacted]

## Non Negotiable - This is not a check - Non Negotiable

## Nevada Donor Network Inc

**Joannie Foster** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | 935 | Fed Taxable Income | 4,004.00 | Check Date | May 29, 2026 | Voucher Number | 15370 |
| Location | 60-150 | Fed Filing Status | S | Period Beginning | May 10, 2026 | Net Pay | 2,914.81 |
| Salary | $4,134.62 | State Filing Status | S-0 | Period Ending | May 23, 2026 | Total Hours Worked | 80.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Class Pass | | 0.00 | 50.00 | 50.00 |
| Phone Allo | | 0.00 | 34.62 | 207.72 |
| Regular | 51.6828 | 80.00 | 4,134.62 | 22,740.41 |
| Relocation | | | | 5,000.00 |
| **Gross Earnings** | | **80.00** | **4,219.24** | **27,998.13** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 541.26 | 3,963.38 |
| MED | 59.86 | 402.00 |
| NC | 144.00 | 986.00 |
| SS | 255.94 | 1,718.92 |
| **Taxes** | **1,001.06** | **7,070.30** |

| Deductions | Amount | YTD |
|---|---|---|
| 403B | 124.04 | 682.22 |
| Accident Pre Tax | 3.34 | 10.02 |
| Class Pass | 50.00 | 50.00 |
| Critical Illness | 15.32 | 45.96 |
| CyberScout | 5.54 | 16.62 |
| Hospital | 5.44 | 16.32 |
| Legal Ease | 10.26 | 30.78 |
| Medical PPO 1000 | 87.86 | 263.58 |
| Voluntary EE AD&D | 1.57 | 4.71 |
| **Deductions** | **303.37** | **1,120.21** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC Bank | C | ***8835 | 2,914.81 |
| **Total Direct Deposits** | | | **2,914.81** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Callout | 0.00 | 0.00 |
| Paid Time | 0.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 19.88 | 59.64 |
| ER Cost of | 2.31 | 6.93 |
| ER Cost of | 17.78 | 53.34 |
| ER Cost of | 442.91 | 1,328.73 |
| Other | **3.78** | **11.34** |

2055 E Sahara Ave
Las Vegas, NV 89104

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| June 12, 2026 | 15858 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC Bank | C | ***8835 | 2,931.64 |
| **Total Direct Deposits** | | | **2,931.64** |

310449 60-150 935 [redacted] **310449**

Non Negoti[redacted] - This is not a check - Non Negotiable

**Joannie Foster**
12385 SW 30th Street
#409
Miramar, FL 33025

**Non Negotiable - This is not a check - Non Negotiable**

## Nevada Donor Network Inc

**Joannie Foster** **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **935** | Fed Taxable Income | **3,954.00** | Check Date | **June 12, 2026** | Voucher Number | **15858** |
| Location | **60-150** | Fed Filing Status | **S** | Period Beginning | **May 24, 2026** | Net Pay | **2,931.64** |
| Salary | **$4,134.62** | State Filing Status | **S-0** | Period Ending | **June 6, 2026** | Total Hours Worked | **80.00** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Class Pass | | | | 50.00 |
| Phone Allo | | 0.00 | 34.62 | 242.34 |
| Regular | 51.6828 | 80.00 | 4,134.62 | 26,875.03 |
| Relocation | | | | 5,000.00 |
| **Gross Earnings** | | **80.00** | **4,169.24** | **32,167.37** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| FITW | 530.26 | 4,493.64 |
| MED | 59.13 | 461.13 |
| NC | 142.00 | 1,128.00 |
| SS | 252.84 | 1,971.76 |
| **Taxes** | **984.23** | **8,054.53** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| 403B | 124.04 | 806.26 |
| Accident Pre Tax | 3.34 | 13.36 |
| Class Pass | | 50.00 |
| Critical Illness | 15.32 | 61.28 |
| CyberScout | 5.54 | 22.16 |
| Hospital | 5.44 | 21.76 |
| Legal Ease | 10.26 | 41.04 |
| Medical PPO 1000 | 87.86 | 351.44 |
| Voluntary EE AD&D | 1.57 | 6.28 |
| **Deductions** | **253.37** | **1,373.58** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| PNC Bank | C | ***8835 | 2,931.64 |
| **Total Direct Deposits** | | | **2,931.64** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
|---|---|---|
| Callout | 0.00 | 0.00 |
| Paid Time | 0.00 | 0.00 |

| **Benefits** | **Amount** | **YTD** |
|---|---|---|
| ER Cost of | 19.88 | 79.52 |
| ER Cost of | 2.31 | 9.24 |
| ER Cost of | 17.78 | 71.12 |
| ER Cost of | 442.91 | 1,771.64 |
| Other | **3.78** | **15.12** |

Direct Deposit Advice

2055 E Sahara Ave
Las Vegas, NV 89104

| Check Date | Voucher Number |
|---|---|
| June 26, 2026 | 16345 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC Bank | C | ***8835 | 3,014.64 |
| **Total Direct Deposits** | | | **3,014.64** |

[redacted]

**Joannie Foster**
12385 SW 30th Street
#409
Miramar, FL 33025

[redacted]

## Non Negotiable - This is not a check - Non Negotiable

## Nevada Donor Network Inc

**Joannie Foster** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **935** | Fed Taxable Income | **4,079.52** | Check Date | **June 26, 2026** | Voucher Number | **16345** |
| Location | **60-150** | Fed Filing Status | **S** | Period Beginning | **June 7, 2026** | Net Pay | **3,014.64** |
| Salary | **$4,264.02** | State Filing Status | **S-0** | Period Ending | **June 20, 2026** | Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Class Pass | | | | 50.00 |
| Phone Allo | | 0.00 | 34.62 | 276.96 |
| Regular | 53.3002 | 80.00 | 4,264.02 | 31,139.05 |
| Relocation | | | | 5,000.00 |
| **Gross Earnings** | | **80.00** | **4,298.64** | **36,466.01** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 557.88 | 5,051.52 |
| MED | 61.01 | 522.14 |
| NC | 147.00 | 1,275.00 |
| SS | 260.86 | 2,232.62 |
| **Taxes** | **1,026.75** | **9,081.28** |

| Deductions | Amount | YTD |
|---|---|---|
| 403B | 127.92 | 934.18 |
| Accident Pre Tax | 3.34 | 16.70 |
| Class Pass | | 50.00 |
| Critical Illness | 15.32 | 76.60 |
| CyberScout | 5.54 | 27.70 |
| Hospital | 5.44 | 27.20 |
| Legal Ease | 10.26 | 51.30 |
| Medical PPO 1000 | 87.86 | 439.30 |
| Voluntary EE AD&D | 1.57 | 7.85 |
| **Deductions** | **257.25** | **1,630.83** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC Bank | C | ***8835 | 3,014.64 |
| **Total Direct Deposits** | | | **3,014.64** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Callout | 0.00 | 0.00 |
| Paid Time | 0.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 19.88 | 99.40 |
| ER Cost of | 2.31 | 11.55 |
| ER Cost of | 18.34 | 89.46 |
| ER Cost of | 442.91 | 2,214.55 |
| Other | **3.78** | **18.90** |

2055 E Sahara Ave
Las Vegas, NV 89104

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| July 10, 2026 | 16820 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC Bank | C | ***8835 | 3,014.64 |
| **Total Direct Deposits** | | | **3,014.64** |

[redacted]

**Joannie Foster**
12385 SW 30th Street
#409
Miramar, FL 33025

## Non Negotiable - This is not a check - Non Negotiable

### Nevada Donor Network Inc

**Joannie Foster** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **935** | Fed Taxable Income | **4,079.52** | Check Date | **July 10, 2026** | Voucher Number | **16820** |
| Location | **60-150** | Fed Filing Status | **S** | Period Beginning | **June 21, 2026** | Net Pay | **3,014.64** |
| Salary | **$4,264.02** | State Filing Status | **S-0** | Period Ending | **July 4, 2026** | Total Hours Worked | **56.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Class Pass | | | | 50.00 |
| Phone Allo | | 0.00 | 34.62 | 311.58 |
| PTO | 53.3002 | 24.00 | 1,279.20 | 1,279.20 |
| Regular | 53.3002 | 56.00 | 2,984.82 | 34,123.87 |
| Relocation | | | | 5,000.00 |
| **Gross Earnings** | | **80.00** | **4,298.64** | **40,764.65** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 557.88 | 5,609.40 |
| MED | 61.01 | 583.15 |
| NC | 147.00 | 1,422.00 |
| SS | 260.86 | 2,493.48 |
| **Taxes** | **1,026.75** | **10,108.03** |

| Deductions | Amount | YTD |
|---|---|---|
| 403B | 127.92 | 1,062.10 |
| Accident Pre Tax | 3.34 | 20.04 |
| Class Pass | | 50.00 |
| Critical Illness | 15.32 | 91.92 |
| CyberScout | 5.54 | 33.24 |
| Hospital | 5.44 | 32.64 |
| Legal Ease | 10.26 | 61.56 |
| Medical PPO 1000 | 87.86 | 527.16 |
| Voluntary EE AD&D | 1.57 | 9.42 |
| **Deductions** | **257.25** | **1,888.08** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC Bank | C | ***8835 | 3,014.64 |
| **Total Direct Deposits** | | | **3,014.64** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Callout | 0.00 | 0.00 |
| Paid Time | -24.00 | 24.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 19.88 | 119.28 |
| ER Cost of | 2.31 | 13.86 |
| ER Cost of | 18.34 | 107.80 |
| ER Cost of | 442.91 | 2,657.46 |
| Other | **3.78** | **22.68** |

2055 E Sahara Ave
Las Vegas, NV 89104

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| July 24, 2026 | 17306 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC Bank | C | ***8835 | 3,014.64 |
| **Total Direct Deposits** | | | **3,014.64** |

[redacted] [redacted] [redacted]4 [redacted]

**Joannie Foster**
12385 SW 30th Street
#409
Miramar, FL 33025

## Non Negotiable - This is not a check - Non Negotiable

### Nevada Donor Network Inc

**Joannie Foster** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **935** | Fed Taxable Income | **4,079.52** | Check Date | **July 24, 2026** | Voucher Number | **17306** |
| Location | **60-150** | Fed Filing Status | **S** | Period Beginning | **July 5, 2026** | Net Pay | **3,014.64** |
| Salary | **$4,264.02** | State Filing Status | **S-0** | Period Ending | **July 18, 2026** | Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Class Pass | | | | 50.00 |
| Phone Allo | | 0.00 | 34.62 | 346.20 |
| PTO | | | | 1,279.20 |
| Regular | 53.3002 | 80.00 | 4,264.02 | 38,387.89 |
| Relocation | | | | 5,000.00 |
| **Gross Earnings** | | **80.00** | **4,298.64** | **45,063.29** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 557.88 | 6,167.28 |
| MED | 61.01 | 644.16 |
| NC | 147.00 | 1,569.00 |
| SS | 260.86 | 2,754.34 |
| **Taxes** | **1,026.75** | **11,134.78** |

| Deductions | Amount | YTD |
|---|---|---|
| 403B | 127.92 | 1,190.02 |
| Accident Pre Tax | 3.34 | 23.38 |
| Class Pass | | 50.00 |
| Critical Illness | 15.32 | 107.24 |
| CyberScout | 5.54 | 38.78 |
| Hospital | 5.44 | 38.08 |
| Legal Ease | 10.26 | 71.82 |
| Medical PPO 1000 | 87.86 | 615.02 |
| Voluntary EE AD&D | 1.57 | 10.99 |
| **Deductions** | **257.25** | **2,145.33** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC Bank | C | ***8835 | 3,014.64 |
| **Total Direct Deposits** | | | **3,014.64** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Callout | 0.00 | 0.00 |
| Paid Time | -24.00 | 24.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 19.88 | 139.16 |
| ER Cost of | 2.31 | 16.17 |
| ER Cost of | 18.34 | 126.14 |
| ER Cost of | 442.91 | 3,100.37 |
| Other | **3.78** | **26.46** |

2055 E Sahara Ave
Las Vegas, NV 89104

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| August 7, 2026 | 17788 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC Bank | C | ***8835 | 2,988.80 |
| **Total Direct Deposits** | | | **2,988.80** |

[redacted]

**Joannie Foster**
12385 SW 30th Street
#409
Miramar, FL 33025

[redacted]

## Non Negotiable - This is not a check - Non Negotiable

### Nevada Donor Network Inc

**Joannie Foster** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **935** | Fed Taxable Income | **4,156.56** | Check Date | **August 7, 2026** | Voucher Number | **17788** |
| Location | **60-150** | Fed Filing Status | **S** | Period Beginning | **July 19, 2026** | Net Pay | **2,988.80** |
| Salary | **$4,264.02** | State Filing Status | **S-0** | Period Ending | **August 1, 2026** | Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Class Pass | | | | 50.00 |
| LTD earnin | | 0.00 | 77.04 | 77.04 |
| Phone Allo | | 0.00 | 34.62 | 380.82 |
| PTO | | | | 1,279.20 |
| Regular | 53.3002 | 80.00 | 4,264.02 | 42,651.91 |
| Relocation | | | | 5,000.00 |
| **Gross Earnings** | | **80.00** | **4,375.68** | **49,438.97** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 574.83 | 6,742.11 |
| MED | 62.12 | 706.28 |
| NC | 150.00 | 1,719.00 |
| SS | 265.64 | 3,019.98 |
| **Taxes** | **1,052.59** | **12,187.37** |

| Deductions | Amount | YTD |
|---|---|---|
| 403B | 127.92 | 1,317.94 |
| Accident Pre Tax | 3.34 | 26.72 |
| Class Pass | | 50.00 |
| Critical Illness | 15.32 | 122.56 |
| CyberScout | 5.54 | 44.32 |
| Hospital | 5.44 | 43.52 |
| Legal Ease | 10.26 | 82.08 |
| LTD earning | 77.04 | 77.04 |
| Medical PPO 1000 | 87.86 | 702.88 |
| Voluntary EE AD&D | 1.57 | 12.56 |
| **Deductions** | **334.29** | **2,479.62** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC Bank | C | ***8835 | 2,988.80 |
| **Total Direct Deposits** | | | **2,988.80** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Callout | 0.00 | 0.00 |
| Paid Time | -24.00 | 24.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 19.88 | 159.04 |
| ER Cost of | 2.31 | 18.48 |
| ER Cost of | 18.34 | 144.48 |
| ER Cost of | 442.91 | 3,543.28 |
| Other | **3.78** | **30.24** |