**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Joannie Lynn Foster | Case No. 26-20808
Chapter 7

Debtor(s) /

**DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION**

**Pursuant to Bankruptcy Rule 1007(a)(1), the debtor must file with the petition a list containing the name and address of each entity included or to be included in schedules and statements.** This notice must accompany any initial post-petition creditor list (filed any day after the Voluntary Petition), amended creditor list, post-petition initial schedules or statements, and amended schedules and statements filed pursuant to Local Rules 1007-1(b), and Bankruptcy Rules 1007, 1009, or 1019. Documents filed without this notice may be stricken. Check the applicable box:

[ X] The document filed **adds any post-petition creditor(s)** as reflected in the attached list (include name and address of each creditor being added). I have:
1. remitted the required fee;
2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice, and filed a certificate of service [see Local Rule 1009-1(b)(1) and (2)]; and
4. filed an initial or amended schedule(s) and summary of schedules.

[ ] The document filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service [see Local Rule 1009-1(b)(1) and (2)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ] The document filed **corrects** the name and/or address of a creditor(s) on the attached list. **I have:**
1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice and filed a certificate of service [see Local Rule 1009-1(b)(1) and (2)]; and
2. filed an amended schedule(s) and summary of schedules, or other document.

[ ] The document filed **corrects** Schedule D or E/F amount(s) or classification(s). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service [see Local Rule 1009-1(b)(1) and (2)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ] None of the above apply. The document filed does not require an additional fee, a supplemental creditor list, or notice to any affected parties. It ☐ *does* ☐ *does not* require the filing of an amended schedule and summary of schedules.

I also certify that if filing initial or amended schedules, Official Form 106 "Declaration About an Individual Debtor's Schedules" or Official Form 202 "Declaration Under Penalty of Perjury for Non-Individual Debtors," signed by both debtors, is filed as required by Bankruptcy Rules 1007, 1009, or 1019.

Dated: 9/15/2026________________

/s/*Mitun Mitra*______________________________
Attorney for Debtor (or Debtor, if pro se)

______________________________________
Joint Debtor (if applicable)

Mitun Mitra________________________________
Print Name

PO Box 450135 FT. Lauderdale, FL 33345
Address

0121604________________________________
Florida Bar Number

954-271-5460________________________
Phone Number